the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR DUANE BARTON & GILMAN, LLP.
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
401-273-2904/Facsimile

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREGG MELFI, DDS
Plaintiff,

v.

ARTHUR MANSOLILLO, DDS, alias
JOSEPH MANSOLILLO, DDS, alias
Defendant.

C.A. No. 04-80S

TO: Gerald C. DeMaria, Esq.
Higgins, Cavanaugh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Everett A. Petronio, Jr.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, RI 02919-0001

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

**NOTICE OF TAKING DEPOSITION**

Please take notice that commencing at **2:00 p.m.** on **Monday, July 11, 2005** at the office of Taylor, Duane, Barton & Gilman, LLP, 10 Dorrance Street, Suite 700, Providence, Rhode Island, the plaintiff in this action, Gregg Melfi, DDS., by his attorneys, will take the deposition upon oral examination of Peter Almonte, pursuant to the applicable provisions of the United States District Court Rules of Civil Procedure, before a Notary Public, in and for