UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GREGG MELFI, DDS<br>Plaintiff,<br><br>v.<br><br>ARTHUR MANSOLILLO, DDS, alias<br>JOSEPH MANSOLILLO, DDS, alias<br>Defendant. | C.A. No. 04-80S |

TO: Gerald C. DeMaria, Esq.
Higgins, Cavanaugh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Everett A. Petronio, Jr.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, RI 02919-0001

Reporting Associates
10 Dorrance Street, Suite 617
Providence, RI 02903

**NOTICE OF TAKING DEPOSITION**

Please take notice that commencing at **10:00 am.** on **Monday, July 11, 2005** at the office of Taylor, Duane, Barton & Gilman, LLP, 10 Dorrance Street, Suite 700, Providence, Rhode Island, the plaintiff in this action, Gregg Melfi, DDS., by his attorneys, will take the deposition upon oral examination of the Joseph Conley, pursuant to the applicable provisions of the United States District Court Rules of Civil Procedure, before a Notary

Public, in and for the State of Rhode Island, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR DUANE BARTON & GILMAN, LLP.
10 Dorrance Street, Suite 700
Providence, RI 02903
401-273-7171
401-273-2904/Facsimile

# CERTIFICATE OF SERVICE

I, Lawrence T. Gingrow, III, attorney for Plaintiff, Dr. Gregg Melfi, hereby certify that on June 28, 2005, I mailed copies of the following:

1. Notice of Taking Deposition of Joseph Conley, CPA; and

2. Notice of Taking Deposition of Peter Almonte.

postage prepaid, to:

Gerald C. DeMaria, Esq.
Higgins, Cavanaugh & Cooney, LLP
123 Dyer St.
Providence, RI 02903

Everett A. Petronio, Jr.
Law Offices of Everett A. Petronio, Inc.
1239 Hartford Avenue
P.O. Box 19040
Johnston, RI 02919-0001

Lawrence T. Gingrow, III