UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREGG MELFI, DDS )
)
VS. ) C.A. 04-80S
)
ARTHUR MANSOLILLO, DDS, alias )
JOSEPH MANSOLILLO, DDS, alias )

**JOINT MOTION TO EXTEND DEADLINE**
**FOR FILING PRE-TRIAL MEMORANDA**

The Plaintiff, Gregg Melfi, DDS, and the Defendants, Arthur Mansolillo, DDS and Joseph Mansolillo, DDS, respectfully move that the Court extend the deadline for filing Pre-trial Memoranda to November 30, 2005.

The grounds for this motion are set forth in the accompanying memorandum.

The Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

Lawrence T. Gingrow /s/

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 - Fax

The Defendants,
Arthur Mansolillo, DDS and
Joseph Mansolillo, DDS,
By their Attorneys,

Gerald C DeMaria /s/

Gerald C. DeMaria
R.I. Bar No. 0637
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served by hand delivery to Gerald DeMaria, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law offices of Everett A. Petronio, Inc., 1239 Hartford Avenue, P.O. Box 19040, Johnston, RI 02919-0001.

Lawrence T. Gingrow /s/
Lawrence T. Gingrow, III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREGG MELFI, DDS )
)
VS. ) C.A. 04-80S
)
ARTHUR MANSOLILLO, DDS, alias )
JOSEPH MANSOLILLO, DDS, alias )

**MEMORANDUM IN SUPPORT OF JOINT MOTION**
**TO EXTEND TIME FOR FILING PRE-TRIAL MEMORANDA**

In support of the parties Joint Motion to Extend Time for Filing Pre-trial Memoranda, the parties state as follows:

The parties are attempting in good faith to resolve this dispute by mediation. The parties agreed on a mediator, Attorney William Poore, and selected a mediation date of August 1, 2005. Because of a scheduling conflict, the defendants were not available for mediation until after August 3, 2005. (See letter dated April 29, 2005 from Attorney Gerald C. DeMaria to Attorney Poore's Legal Assistant, attached as Exhibit A.) In response, Attorney Poore reschedule the mediation session to August 16, 2005. Unfortunately, this date was not workable for Plaintiff's counsel. By letter dated July 25, 2005 (a copy of which is attached as Exhibit B), the mediator advised the parties that his next available mediation date is November 8, 2005. This date is agreeable to the parties and the parties wish to proceed with mediation on the date selected by the mediator.

The present deadline for filing Pre-trial Memoranda for this matter is August 12, 2005. In the interest of preventing the expenditure of unnecessary expenses by the Plaintiff and Defendants, and allowing the parties an opportunity to pursue settlement through

mediation, the parties jointly request that Court allow the filing of Pre-trail Memoranda after the November 8, 2005 mediation. Plaintiff's counsel and Defendants' counsel agree that the requested extension of the deadline for filing Pre-trial Memoranda will not prejudice the rights of their respective clients. Accordingly, the parties hereby jointly request that the Court extend the deadline for filing Pre-trial Memoranda for this matter to November 30, 2005.

The Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

/s/ Lawrence T. Gingrow / SA

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 - Fax

The Defendants,
Arthur Mansolillo, DDS and
Joseph Mansolillo, DDS,
By their Attorneys,

/s/ Gerald C. DeMaria / SA

Gerald C. DeMaria
R.I. Bar No. 0637
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served by hand delivery to Gerald DeMaria, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law offices of Everett A. Petronio, Inc., 1239 Hartford Avenue, P.O. Box 19040, Johnston, RI 02919-0001.

/s/ Lawrence T. Gingrow / SA
Lawrence T. Ginrow, III

# EXHIBIT A

# EXHIBIT B

# EXHIBIT A

HIGGINS, CAVANAGH & COONEY, LLP
ATTORNEYS AT LAW
THE HAY BUILDING
123 DYER STREET
PROVIDENCE, R.I. 02903-3987
401-272-3500
800-274-5299

KENNETH P. BORDEN
GERALD C. DEMARIA*
JOHN T. WALSH, JR.*
CHARLES A. HAMBLY, JR.
STEPHEN B. LANG
LAWRENCE P. MCCARTHY, III
JAMES A. RUGGIERI*
JAMES T. HORNSTEIN*
JOHN F. KELLEHER*
VIVIAN B. DOGAN*
PATRICK B. LANDERS*
PAUL S. CALLAGHAN*
SUSAN PEPIN FAY*
PETER E. GARVEY**
CHRISTINE D'ORSI FITTA
COLEEN D. O'BRIEN*
STEPHEN P. COONEY*
SAMUEL C. BODURTHA

*ALSO ADMITTED IN MA
**ALSO ADMITTED IN CT

JAMES H. HIGGINS, JR.
1952-1975

JOHN P. COONEY, JR.
1960-1981

JOSEPH V. CAVANAGH
1952-1985

FAX
401-273-8780

WEBSITE: www.hcc-law.com

April 29, 2005

Heather J. Andrews, Legal Assistant
Poore & Rosenbaum
30 Exchange Terrace
Providence, RI 02901-1117

Re: Gregg Melfi, DDS v. Joseph Mansolillo, DDS, C.A. 04-80S
Gregg Melfi, DDS v. Arthur Mansolillo, DDS, C.A. 04-81S
Gregg Melfi, DDS v. Joseph Mansolillo, DDS, C.A. 04-0499
Our File: 13,909

Dear Ms. Andrews:

We acknowledge receipt of your letter dated April 25, 2005 concerning the scheduling of the above referenced mediation session for Monday, August 1, 2005 at 9:30 a.m. Our clients are not available until after August 3, 2005.

Very truly yours,

Gerald C. DeMaria

GCD:sn

cc: Francis A. Connor, II, Esq.
Everett A. Petronio, Esq.
Joseph Mansolillo, DDS
Arthur Mansolillo, DDS

# EXHIBIT B

# POORE & ROSENBAUM LLP

ATTORNEYS AT LAW

WILLIAM A. POORE
STEVEN ROSENBAUM*

NICHOLAS A. LAMBROS*
CHRISTOPHER J. O'CONNOR

*Also licensed in MA

Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02901-1117
Telephone (401) 831-2600
Fax (401) 831-2220

July 25, 2005

Via Facsimile ONLY

Everett A. Petronio, Jr., Esq.

Francis A. Connor, Esq.
Lawrence T. Gingrow, III, Esq.

Gerald C. DeMaria, Esq.
Lawrence P. McCarthy, III, Esq.

**Re: Greg Melfi v. Joseph & Arthur Mansolillo**

Gentlemen:

Please be advised that the mediation session in this matter is rescheduled from August 16, 2005 to my next available date, that is, **Tuesday, November 8, 2005 at 9:30 a.m.** at my offices. Thank you.

Very truly yours,

POORE & ROSENBAUM LLP

William A. Poore

WAP/hja
*Dictated but not read*