UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GREGG MELFI, DDS )
)
VS. ) C.A. 04-80S
)
ARTHUR MANSOLILLO, DDS, alias )
JOSEPH MANSOLILLO, DDS, alias )

**JOINT MOTION TO EXTEND DEADLINE**
**FOR FILING PRE-TRIAL MEMORANDA**

The Plaintiff, Gregg Melfi, DDS, and the Defendants, Arthur Mansolillo, DDS and Joseph Mansolillo, DDS, respectfully move that the Court extend the deadline for filing Pre-trial Memoranda to November 30, 2005.

The grounds for this motion are set forth in the accompanying memorandum.

The Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

Lawrence T. Gingrow /s/

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 - Fax

The Defendants,
Arthur Mansolillo, DDS and
Joseph Mansolillo, DDS,
By their Attorneys,

Gerald C. DeMaria /s/

Gerald C. DeMaria
R.I. Bar No. 0637
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served by hand delivery to Gerald DeMaria, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law offices of Everett A. Petronio, Inc., 1239 Hartford Avenue, P.O. Box 19040, Johnston, RI 02919-0001.

Lawrence T. Gingrow /s/
Lawrence T. Gingrow, III

GRANTED
WESmith 8/15/05
William E. Smith
U.S. District Judge