FILED
SEP 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREG MELFI, plaintiff :
:
vs. : CA. NO 04-80S
:
JOSEPH MANSOLILLO, :
ARTHUR MASOLILLO :
& MELFI, DDS, defendants :

**DEFENDANT'S A. MANSOLILLO AND J. MANSOLILLO MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Now comes the defendants in the above titled matter requesting this Court grant an extension by two weeks (until September 26, 2005) for time to file a motion for summary judgment.

The defendants state that the summary judgment deadline is set for September 12, 2005. Since that time was established this Court has extended the deadline for filing pre-trial memorandum to November 12, 2005.

Defendants' counsel represents the memorandum in support of summary judgment is substantially completed and is to be reviewed by the defendants prior to filing. Defendants respectfully request this Court grant a two week extension for the filing of motions for summary judgment in order to allow the defendants time to review the same.

Defendant, by His Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

By Gerald C. DeMaria

Gerald C. DeMaria, #0637
123 Dyer Street
Providence, RI 02903
(401) 272-3500

CERTIFICATION

I hereby certify that a copy of the foregoing documents has been furnished by regular mail, this 12th day of September 2005 to: Francis A. Connor, III and Lawrence T. Gingrow, III at TAYLOR, DUANE, BARTON & GILMAN, LLP, 10 Dorrance Street, Suite 700, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law Offices of Everett A. Petronio, Inc., 1239 Hartford Ave, P.O. box 19040, Johnston, RI 02919-0001

Susan Newman