290344

UNITED STATES DISTRICF COURT
FOR THE DISTRTCT OF RHODE ISLAND

GREGG MELFI, DDS )
 )
VS. ) CA. 04-805
 )
ARTHUR MANSOLILLO, DDS, alias )
JOSEPH MANSOULLO, DDS, alias )

**MOTION OF THE PLAINTIFF, GREGG MELFI, DDS, TO EXTEND TIME FOR FILING OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Gregg Melfi, DDS, respectfully moves that the Court extend the time that the Plaintiff has to file his Opposition to the Motion for Summary Judgment filed by the Defendants, Arthur Mansolillo, DDS and Joseph Mansolillo, DDS. Specifically, the Plaintiff requests that he be granted an extension to oppose the Motion for Summary Judgment until ten (10) days from the date of his receipt of the Defendants' deposition transcripts.

As grounds for this motion, the Plaintiff initially noticed the Defendants' depositions to convene on April 22, 2005. Due to a number of scheduling difficulties, including the unavailability of the Defendants during the summer of 2005, Plaintiff's counsel have been unable to depose the Defendants to date. The Defendants' depositions are presently scheduled to proceed on October 26, 2005.

The Defendants' Motion for Summary Judgment raises a number of issues of fact that the Plaintiff cannot adequately respond to without first deposing the Defendants regarding those issues. Among those issues is the Defendants' understanding as to the structure of the Plaintiff's buy-in to their dental practice, and the terms under which the

Plaintiff ultimately left their dental practice. These issues are at the heart of the Defendants' motion, and the Plaintiff simply cannot address them properly without first deposing the Defendants.

Accordingly, the Plaintiff hereby requests that the Court extend the time for the Plaintiff to file his Opposition to the Defendants' Motion for Summary Judgment to ten (10) days from the date of his receipt of the transcript of the Defendants' depositions.

The Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
401) 273-2904 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served by hand delivery to Gerald DeMaria, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law offices of Everett A. Petronio, Inc., 1239 Hartford Avenue, P.O. Box 19040, Johnston, RI 02919-0001.

Lawrence T. Ginrow, III