UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGG R. MELFI, DDS | ) | |
| | ) | |
| -VS.- | ) | C.A. 04-80S |
| | ) | |
| JOSEPH MANSOLILLO, DDS, ALIAS | ) | |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDA**

The Plaintiff, Gregg Melfi, DDS, and the Defendants, Joseph Mansolillo, DDS and Arthur Mansolillo, DDS, respectively move that the Court extend the deadline for filing pre-trial memoranda to thirty (30) days after this Court issues a decision on the pending motion for summary judgment.

The grounds for this motion are set forth in the accompanying Memorandum.

The Plaintiff
Gregg Melfi, DDS
By his Attorneys,

Lawrence T. Gingrow by FPM

Francis A. Connor, III, #4640
Lawrence T. Gingrow, III, #6541
TAYLOR, DUANE, BARTON & GILMAN
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

The Defendants,
Joseph Mansolillo, DDS and
Arthur Mansolillo, DDS,
By Their Attorneys,

Gerald C. DeMaria

Gerald C. DeMaria, #0637
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 )fax)

DATED: November 21, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGG R. MELFI, DDS | ) | |
| | ) | |
| -VS.- | ) | C.A. 04-80S |
| | ) | |
| JOSEPH MANSOLILLO, DDS, ALIAS | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDA**

In support of the parties joint motion to extend time for filing pre-trial memoranda, the parties state as follows: The Court, pursuant to a previous joint motion, set a deadline for filing pre-trial memoranda, as November 30, 2005. Since that time, the Defendants have moved for summary judgment. Defendants filed their motion for summary judgment on September 19, 2005. On September 29, 2005, Plaintiff filed a motion to extend time to file an opposition to that motion for summary judgment. On October 11, 2005, the Court granted said motion. The Plaintiff now has up to and including ten (10) days after the receipt of the transcript from the Defendants' depositions, taken on November 2, 2005. The transcripts were received on November 18, 2005.

Counsel also indicates that attempts to settle this matter outside of the court have been undertaken by both parties. To that end, a mediation of this matter is scheduled with Mr. William Poore on December 3, 2005.

In support of this motion, counsel states that the pre-trial order originally received from the court stated pre-trial memoranda from the parties would be due thirty (30) days after a decision on any dispositive motions.

Consequently, the parties request this Court set the deadline for filing of pre-trial memoranda as thirty (30) days after this Court issues a decision on the pending motion for summary judgment.

The Plaintiff
Gregg Melfi, DDS
By his Attorneys,

[signature]
Francis A. Connor, III, #4640
Lawrence T. Gingrow, III, #6541
TAYLOR, DUANE, BARTON & GILMAN
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

The Defendants,
Joseph Mansolillo, DDS and
Arthur Mansolillo, DDS,
By Their Attorneys,

[signature]
Gerald C. DeMaria, #0637
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 )fax)

DATED: November 21, 2005