FILED
NOV 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREGG R. MELFI, DDS )
)
-VS.- ) C.A. 04-80S
)
JOSEPH MANSOLILLO, DDS, ALIAS )

**JOINT MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDA**

The Plaintiff, Gregg Melfi, DDS, and the Defendants, Joseph Mansolillo, DDS and Arthur Mansolillo, DDS, respectively move that the Court extend the deadline for filing pre-trial memoranda to thirty (30) days after this Court issues a decision on the pending motion for summary judgment.

The grounds for this motion are set forth in the accompanying Memorandum.

The Plaintiff
Gregg Melfi, DDS
By his Attorneys,

Lawrence T. Gingrow by GRM

Francis A. Connor, III, #4640
Lawrence T. Gingrow, III, #6541
TAYLOR, DUANE, BARTON & GILMAN
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

The Defendants,
Joseph Mansolillo, DDS and
Arthur Mansolillo, DDS,
By Their Attorneys,

Gerald C. DeMaria

Gerald C. DeMaria, #0637
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 )fax)

DATED: November 21, 2005

GRANTED
WmM
William E. Smith
U.S. District Judge
11/21/05