UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGG MELFI, DDS | ) | |
| | ) | |
| VS. | ) | C.A. 04-80S |
| | ) | |
| ARTHUR MANSOLILLO, DDS, alias | ) | |
| JOSEPH MANSOLILLO, DDS, alias | ) | |

**MOTION OF THE PLAINTIFF, GREGG MELFI, DDS, TO SUPPLEMENT HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS IN EXCESS OF TWENTY PAGES**

The Plaintiff, Gregg Melfi, DDS, respectfully requests that the Court allow him to supplement his Opposition to the Defendants' Motion for Summary Judgment with the attached exhibits. As grounds for this motion, the Plaintiff's counsel inadvertently attached exhibits to the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment that exceeded the 20-page limit for exhibits set forth in Amended General Order # 2002-01 without requesting the Court's permission to exceed the page limit. The grounds for this motion are more fully set forth in the attached Memorandum of Law.

WHEREFORE, the Plaintiff, Gregg Melfi, DDS, respectfully requests that this Court allow him to supplement his Opposition to the Defendants' Motion for Summary Judgment with the attached exhibits.

Respectfully submitted,

The Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served by regular mail to Gerald DeMaria, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law offices of Everett A. Petronio, Inc., 1239 Hartford Avenue, P.O. Box 19040, Johnston, RI 02919-0001.

Lawrence T. Ginrow, III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREGG MELFI, DDS )
)
VS. ) C.A. 04-80S
)
ARTHUR MANSOLILLO, DDS, alias )
JOSEPH MANSOLILLO, DDS, alias )

**MEMORANDUM IN SUPPORT OF MOTION OF THE PLAINTIFF, GREGG MELFI, DDS, TO SUPPLEMENT HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS <u>IN EXCESS OF TWENTY PAGES</u>**

In support of his motion to supplement his Opposition to the Defendants' Motion for Summary Judgment with the attached exhibits, the Plaintiff, Gregg Melfi, DDS, states as follows:

On November 30, 2005, the Plaintiff filed an Opposition to the Defendants' Motion for Summary Judgment. Plaintiff's counsel inadvertently attached exhibits to the Opposition that exceeded the 20-page limit for exhibits set forth in Amended General Order # 2002-01 without requesting the Court's permission to do so. The Plaintiff's Opposition to the Defendants' Summary Judgment Motion relies heavily on the deposition testimony of Dr. Melfi and the Defendants, Joseph Mansolillo, DDS and Arthur Mansolillo, DDS. By the nature of the deposition testimony, it was generally necessary for the Plaintiff to cite several pages of witness testimony in order to properly demonstrate a particular disputed fact. In other words, for any particular assertion, it was necessary to cite more than one page of testimony to provide the Court with sufficient context for the deposition testimony cited.

Notably, the number of pages that the Plaintiff wishes to attach as exhibits to his Opposition is not any greater that the number of pages the Defendants attached as exhibits to their summary judgment motion. Accordingly, the Plaintiff now requests that the Court allow him to supplement his Opposition with the attached exhibits, all of which the Plaintiff has specifically cited in his Opposition.

WHEREFORE, the Plaintiff, Gregg Melfi, DDS, respectfully requests that this Court allow him to supplement his Opposition to the Defendants' Motion for Summary Judgment with the attached exhibits.

Respectfully submitted,

The Plaintiff,
Gregg Melfi, DDS,
By his Attorneys,

Francis A. Connor, III
R.I. Bar No. 4640
Lawrence T. Gingrow, III
R.I. Bar No. 6541
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 - fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served by regular mail to Gerald DeMaria, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law offices of Everett A. Petronio, Inc., 1239 Hartford Avenue, P.O. Box 19040, Johnston, RI 02919-0001.

Lawrence T. Ginrow, III