UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED DEC 07 2005

GREGG MELFI, DDS )
)
VS. ) C.A. 04-80S
)
ARTHUR MANSOLILLO, DDS, alias )
JOSEPH MANSOLILLO, DDS, alias )

**MOTION OF THE PLAINTIFF, GREGG MELFI, DDS, TO SUPPLEMENT HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <u>WITH EXHIBITS IN EXCESS OF TWENTY PAGES</u>**

The Plaintiff, Gregg Melfi, DDS, respectfully requests that the Court allow him to supplement his Opposition to the Defendants' Motion for Summary Judgment with the attached exhibits. As grounds for this motion, the Plaintiff's counsel inadvertently attached exhibits to the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment that exceeded the 20-page limit for exhibits set forth in Amended General Order # 2002-01 without requesting the Court's permission to exceed the page limit. The grounds for this motion are more fully set forth in the attached Memorandum of Law.

GRANTED

William E. Smith
U.S. District Judge
12/2/05