UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREGG R. MELFI, DDS | ) | |
| | ) | |
| -VS.- | ) | C.A. 04-80S |
| | ) | |
| JOSEPH MANSOLILLO, DDS, ALIAS | ) | |

**STIPULATION OF WITHDRAWAL**

Defendants, Joseph Mansolillo and Arthur Mansolillo hereby withdraw, without prejudice, their Motion for Summary Judgment.

Defendants, by Their Attorneys,
HIGGINS, CAVANAGH & COONEY, LLP

By Gerald C. DeMaria
Gerald C. DeMaria, #0637
123 Dyer Street
Providence, RI 02903
(401) 272-3500

CERTIFICATION

I hereby certify that a copy of the foregoing documents has been furnished by mail, this 26th day of July, 2006 to: Francis A. Connor, III and Lawrence T. Gingrow, III at TAYLOR, DUANE, BARTON & GILMAN, LLP, 10 Dorrance Street, Suite 700, Providence, RI 02903 and by regular mail to Everett Petronio, Jr., Esq., Law Offices of Everett A. Petronio, Inc., 1239 Hartford Ave, P.O. box 19040, Johnston, RI 02919-0001

Susan Newman

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/29/06